```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JUDY MUNSHOWER,                 )  Case No. 2:16-CV-01163 JAM-DB
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )
CITY OF LODI and DOES ONE       )
through TWENTY,                 )  RELATED CASE ORDER
                                )
            Defendants.         )
                                )
_____)
JUDY MUNSHOWER,                 )
                                )
            Plaintiff,          )
                                )  Case No. 2:16-CV-02386 JAM-DB
     v.                         )
                                )
UNITED STATES OF AMERICA,       )
                                )
            Defendant.          )
                                )
_____)
CITY OF LODI,                   )
                                )
            Plaintiff,          )  Case No. 2:16-CV-02633 KJM-EFB
                                )
     v.                         )
                                )
UNITED STATES OF AMERICA, and   )
DOES 1 through 100, inclusive,  )
                                )
            Defendants.         )
_____)
```

Examination of the above-entitled actions reveals that these

1

actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:16-CV-02633 KJM-EFB be reassigned to Judge John A. Mendez and Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:16-CV-02633 JAM-DB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  November 7, 2016          /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
                                  United States District Court Judge