| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | BOBBIE J. MONTOYA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2775 |
| 5 | Attorneys for Defendant<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY MUNSHOWER,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 2:16-CV-02386-JAM-EFB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR INDEPENDENT MEDICAL<br>EXAMINATION** |

Defendant United States and Plaintiff Judy Munshower, by and through their respective counsel, respectfully submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35.

The parties hereby stipulate that Plaintiff Judy Munshower will submit to a medical examination by Dr. Eugene J. Carragee, M.D., on October 10, 2017 at 9:00 a.m., at the Robert T. Matsui United States Courthouse, 501 I Street, Federal Occupational Health Facility, Suite 7-300, Sacramento, California. Dr. Carragee is an orthopedic surgeon. There shall be no diagnostic test or procedure that is painful, protracted or intrusive. Dr. Carragee has reviewed Plaintiff's deposition. Plaintiff will not be asked to fill out medical questionnaire forms and will not be interviewed concerning the circumstances of the incident or her communications with percipient witnesses. Pursuant to Federal Rule of Civil Procedure 35(b), Plaintiff requests a copy of the examiner's report, together with like reports of all examinations of the same condition. Plaintiff's husband, David Munshower, will be permitted to be present in the examination room during the examination. David Munshower will not in any way

obstruct or interfere with the examination. The examination will not be audiotaped, videotaped, or recorded.

Respectfully submitted,

DATED: October 4, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Bobbie J. Montoya*
_____
BOBBIE J. MONTOYA
Assistant United States Attorney

DATED: October 4, 2017

MASTRANGELO LAW OFFICES

*/s/ Nicholas J. Mastrangelo*
[authorized by 10/2/17 email]

NICHOLAS J. MASTRANGELO
Attorney for Plaintiff Judy Munshower

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: October 4, 2017

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER FOR INDEPENDENT MEDICAL EXAMINATION
*Munshower v. United States*, Case No. 2:16-cv-02386-JAM-EFB

2